IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ChipBLASTER, INC., and<br>GREGORY S. ANTOUN,<br><br>    Plaintiffs,<br><br> v.<br><br>MIKE KENNEY TOOL, INC.,<br>d/b/a COOLJET SYSTEMS,<br><br>    Defendant.<br><br>AND RELATED CROSS-COMPLAINT | THIS DOCUMENT IS BEING ELECTRONICALLY FILED<br><br>Civil Action No. 04-250 Erie<br><br>JUDGE MCLAUGHLIN<br><br>MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, CLARIFICATION OF THE COURT'S JUNE 29, ORDER DENYING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

MOTION

CoolJet, by and through its undersigned counsel, moves this Court for reconsideration of its June 29, 2005 Order denying CoolJet's motion for partial summary judgment of noninfringement, asking the Court to vacate the June 29, 2005 Order, and find as a matter of law that the accused products do not infringe the patent-in-suit, either literally or under the doctrine of equivalents.

Should the Court deny CoolJet's motion for reconsideration, CoolJet requests that the Court clarify the June 29, 2005 Order by providing a claim construction for the following claim language:

> "[A] computer determines the speed of the pump motor based on coolant pressure and the flow area of the orifice means of the tool."

This motion is based upon the attached Memorandum of Points and Authorities, the complete records and files of this action, and on such oral and documentary evidence as may be presented prior to a decision on this motion by the Court.

Dated: July 21, 2005

By: s/Leland P. Schermer
Craig A. Gelfound, Esq.
McDermott Will & Emery LLP
2049 Century Park East, 34th Floor
Los Angeles, CA 90067-3208
310 277-4110
310 277-4730 (Fax)

Leland P. Schermer, Esq.
Pa. I.D. No. 47283
LELAND SCHERMER & ASSOCIATES, P.C.
11 Stanwix Street, 7th Floor
Pittsburgh, PA 15222
(412) 642-5000
(412) 642-5010 (Fax)
lschermer@schermerlaw.com

Attorneys for Defendant/Counterclaimant
MIKE KENNEY TOOL, INC.,
D/B/A COOLJET SYSTEMS

## CERTIFICATE OF SERVICE

    I hereby certify that I caused a true and correct copy of the foregoing MIKE KENNEY TOOL INC.'S MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, CLARIFICATION OF THE COURT'S JUNE 29, ORDER DENYING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT (WITH TRANSCRIPT OF JUNE 29 PROCEEDINGS AS EXHIBIT A THERETO), and MIKE KENNEY TOOL INC.'S MEMORANDUM IN SUPPORT OF ITS MOTION, to be served this 21st day of July, 2005, via United States First Class Mail, postage prepaid, on counsel of record for Plaintiffs/Counterdefendants as follows:

        Stanley D. Ference, III, Esquire
        Ference & Associates
        400 Broad Street
        Pittsburgh, PA  15143

        Frederic G. Antoun, Esquire
        14 North Main Street
        Suite 406
        Chambersburg, PA  17201

                              s/Leland P. Schermer_____
                                Leland P. Schermer

- 4 -

# EXHIBIT A