UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ChipBLASTER, INC., and GREGORY S. ANTOUN,<br><br>    Plaintiffs,<br><br>v.<br><br>MIKE KENNEY TOOL, INC., d/b/a COOLJET SYSTEMS,<br><br>    Defendant. | CASE NO. 04-250E<br><br>**STIPULATION TO EXTEND DISCOVERY** |
| MIKE KENNEY TOOL, INC., d/b/a COOLJET SYSTEMS,<br><br>    Counterclaimant,<br><br>v.<br><br>ChipBLASTER, INC. and GREGORY S. ANTOUN,<br><br>    Counterdefendant. | |

WHEREAS, the parties desire an extension of time to complete fact discovery;

WHEREAS, the parties believe that an extension of time to complete fact discovery will allow both parties to better understand the issues, thereby reducing the issues for trial and facilitating settlement discussions;

WHEREAS, the parties believe that the scheduled time to complete expert discovery can be shortened so that there will be no delay in bringing this case to trial;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, as follows:

1. The deadline to complete fact discovery shall be continued from August 26, 2005 to September 30, 2005.

2. The deadline to serve expert reports, including any experts reports a party may use in connection with claim construction, shall be continued from September 30, 2005 to October 28, 2005.

3. The deadline to serve rebuttal expert reports shall be continued from October 28, 2005 to November 25, 2005.

4. The deadline to complete expert discovery, currently set for February 3, 2006, shall remain unchanged.

Dated: 8-1-05

McDERMOTT WILL & EMERY, LLP
Counsel for Defendant
MIKE KENNEY TOOL, INC.,
D/B/A COOLJET SYSTEMS

By: _____ /w/ permission
Craig A. Gelfound

LAS99 1412254-1.064823.0020