Dated: 8-1-05                              FERENCE & ASSOCIATES
                                           Counsel for Plaintiff
                                           CHIPBLASTER, INC.,

                                           BY: /s/ Stanley D. Ference          CA04-250E
                                               Stanley D. Ference III


Good cause appearing therefore, IT IS SO ORDERED.


Dated:_____          BY:_____
                                      Honorable Sean J. McLaughlin

- 3 -