UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ChipBLASTER, INC., and<br>GREGORY S. ANTOUN,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>MIKE KENNEY TOOL, INC.,<br>d/b/a COOLJET SYSTEMS,<br><br>　　　　　Defendant.<br><br>AND RELATED CROSS-COMPLAINT | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.<br><br>04-250 (Erie)<br><br>(Judge McLaughlin) |

**[PROPOSED] ORDER OF COURT**

　　AND NOW, this ____ day of August, 2005, the Plaintiffs having file a Motion To File Papers Under Seal [Doc. No.　　　],

　　IT IS HEREBY ORDERED that the Motion is GRANTED. The Clerk shall file the papers tendered by Plaintiffs in Opposition to Defendant's Motion for Reconsideration, or in the Alternative, Clarification [Doc. No. 38] under seal.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Sean J. McLaughlin
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:  All counsel of record