**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ChipBLASTER, INC., and<br>GREGORY S. ANTOUN,<br><br>        Plaintiffs,<br>  v.<br><br>MIKE KENNEY TOOL, INC.,<br>d/b/a COOLJET SYSTEMS,<br><br>        Defendant.<br>_____<br>MIKE KENNEY TOOL, INC., d/b/a<br>COOLJET SYSTEMS,<br><br>        Counterclaimant,<br>  v.<br><br>ChipBLASTER, INC. and<br>GREGORY S. ANTOUN,<br><br>        Counterdefendant. | Civil Action No. 04-250 Erie |

**O R D E R**

AND NOW, *to wit*, this 16th day of August, 2005, IT IS HEREBY ORDERED that the parties' Stipulation to Extend Discovery [40] is hereby approved and GRANTED as follows:

    1.    The deadline to complete fact discovery shall be continued from August 26, 2005 to September 30, 2005.

    2.    The deadline to serve expert reports, including any expert reports a party may use in connection with claim construction, shall be continued from September 30, 2005 to October 28, 2005.

    3.    The deadline to serve rebuttal expert reports shall be continued from October 28, 2005 to November 25, 2005.

    4.    The deadline to complete expert discovery, currently set for February 3, 2006, shall remain unchanged.

                                s/    Sean J. McLaughlin
                                        United States District Judge

cm:    All parties of record.