UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ChipBLASTER, INC., and<br>GREGORY S. ANTOUN, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. |
| vs. | ) ) | 04-250 (Erie) |
| MIKE KENNEY TOOL, INC.,<br>d/b/a COOLJET SYSTEMS, | ) ) ) ) | (Judge McLaughlin) |
| Defendant. | ) ) | |
| AND RELATED CROSS-COMPLAINT | ) | |

**ORDER OF COURT**

AND NOW, this _16th___ day of August, 2005, the Plaintiffs having file a Motion To File Papers Under Seal [Doc. No. 41],

IT IS HEREBY ORDERED that the Motion is GRANTED. The Clerk shall file the papers tendered by Plaintiffs in Opposition to Defendant's Motion for Reconsideration, or in the Alternative, Clarification [Doc. No. 38] under seal.

                                                                 Sean J. McLaughlin
                                                                 United States District Judge

cc: All counsel of record