IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHIPBLASTER, INC., et al., | ) |
|       Plaintiffs, | ) |
| v. | ) Civil Action No. 04-250 Erie |
| MIKE KENNEY TOOL, INC., | ) |
|       Defendant. | ) |

**<u>ORDER</u>**

AND NOW, this 13th day of October, 2005, the parties having reached an agreement to settle this matter, IT IS HEREBY ORDERED that the Clerk mark this case administratively closed.

                                          s/ Sean J. McLaughlin
                                          United States District Judge

cm: All counsel of record.