UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ChipBLASTER, INC., and<br>GREGORY S. ANTOUN, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | Civil Action No. |
| vs. | )<br>) | 04-250 (Erie) |
| MIKE KENNEY TOOL, INC.,<br>d/b/a COOLJET SYSTEMS, | )<br>)<br>)<br>) | (Judge McLaughlin) |
| Defendant. | ) | |

**STIPULATED DISMISSAL**

Pursuant to Federal Rules of Civil Procedure 41(a), the parties hereby stipulate to the dismissal of this action, with prejudice. Each party is to bear its own costs. Jurisdiction, however, is retained by the Court for the purposes of enabling any party to apply to this Court at any time for such orders as may be necessary or appropriate for enforcement or compliance with the Settlement Agreement entered into by the parties.

[SIGNATURES APPEAR ON FOLLOWING PAGE]

Respectfully submitted,

Dated: 7-6-06                                                          Dated: 8-15-06

*(signature)*                                                          *(signature)*

Leland P. Schermer                                                     Stanley D. Ference III
Pa. Bar No. 47283                                                      Pa. Bar No. 59899
LELAND SCHERMER & ASSOCIATES, P.C.
11 Stanwix Street, 7th Floor                                           FERENCE & ASSOCIATES
Pittsburgh, Pennsylvania 15222                                         409 Broad Street
(412) 642-5000 - Telephone                                             Pittsburgh, Pennsylvania 15143
                                                                       (412) 741-8400 - Telephone
- and -
                                                                       *Of Counsel:*
Craig A. Gelfound
McDERMOTT, WILL & EMERY                                                Frederic G. Antoun
2049 Century Park East, 34th Floor                                     14 North Main Street, Suite 406
Los Angles, California 90067                                           Chambersburg, Pennsylvania 17201
                                                                       (717) 261-0998 - Telephone
Attorneys for Defendant
Mike Kenney Tool, Inc., d/b/a CoolJet Systems                          Attorneys for Plaintiffs
                                                                         ChipBLASTER, Inc., and
                                                                         Gregory S. Antoun